UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARY E. BASELICE,

                            Plaintiff,                        19-CV-04931 (JPO)(SN)

        -against-                                     **ORDER**

ASTRAZENECA, LP,

                            Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       In light of the close of fact discovery of April 24, 2020, the parties are directed to contact the Court to schedule a telephonic settlement conference if they believe it would be productive at this time. The parties may contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates to schedule a settlement conference. Due to Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                         _____
                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:      May 4, 2020
                 New York, New York