# EXHIBIT I



September 9, 2010

Mary-Beth Baselice
600 Washington Street Apt 521
Nyc, New York  10014
646-351-3062

Dear Mary-Beth:

I am pleased to confirm the offer of employment to you with AstraZeneca LP in the position of Pharmaceutical Sales Specialist - MCL - Upper Manhattan East, NY, reporting to Richard Kim. You are tentatively scheduled for a start date of October 4, 2010. If you need to adjust this date, please contact your Recruitment Partner, Heryk Dejesus, at 302-885-1917. You will be assigned to Upper Manhattan East territory.

The starting salary for this position is $3,333.33 on a semi-monthly basis, which annualized is $80,000.00. Your salary will be reviewed annually, and you will be eligible to receive a salary increase beginning in March 2011. Salary Increases will be based on the relationship of your salary to the market and your individual performance.

In addition, you will be eligible to participate in the AstraZeneca Field Sales Incentive Plan (FSIP). Under this plan, your annual incentive target will be $20,000.00, with your actual incentive award ranging from $1.00 to a maximum of one times your base pay. This annual bonus plan is paid out on a quarterly basis. Incentive awards will be pro-rated based on your date of hire.

You also will be eligible to participate in a generous employee benefits program, an overview of which is enclosed. Some benefit plans will require you to make elections and choose levels of coverage to meet your personal needs. You will immediately begin participation in the AstraZeneca Retirement Plan and be eligible for immediate participation in the AstraZeneca Savings and Security Plan, our 401(k) plan. In the 401(k) plan, you will be immediately vested in the Company match, which is one dollar on every dollar you save--up to 6% of pay contributed.

You are eligible for 15 days of vacation (prorated according to AstraZeneca Vacation Policy provided on our "Welcome" website) in 2010.

AstraZeneca's benefits policy provides for 12 holidays (9 fixed holidays and 3 floating holidays) each calendar year. Individuals are eligible for any fixed holidays remaining after their start date in the year they are hired. Eligibility for floating holidays is pro-rated in the year of hire. Floating holidays allow AstraZeneca employees increased flexibility for time off either in conjunction with, or independent of, the fixed holiday schedule.

All of the Company's employee plans, to include all compensation and benefit programs, are subject to change at any time, at the sole discretion of the Company, and the plan provisions in effect from time to time will govern all awards and benefits provided.
This offer is contingent upon (i) your successful completion of a hair analysis drug screening test and medical review prior to your first day of employment; (ii) satisfactory results of a comprehensive background check (including, but not limited to, social security number, previous employment, conviction record, motor vehicle driving record, and education); (iii) proof of your eligibility to work for AstraZeneca LP in the United States; (iv) your successful completion of the AstraZeneca new hire sales training program with a minimum passing grade of 90% on each product and policy exam and exhibiting the ability to communicate technical information effectively and (v) your achievement of a bachelor's degree on May 12, 2002 from Boston College.

HireRight, Inc. will contact you by email to conduct the background check on behalf of AstraZeneca. Please complete the electronic Verification Disclosure Authorization and Release form that is part of the email package. Please respond to this email and any further communications form HireRight promptly.

In our search for new medicines for important areas of healthcare, AZ is committed to innovative, high quality scientific studies, conducted to high ethical standards. Animal studies continue to play a small but vital role in the research and development of new and improved medicines. The welfare of the animals we use is a top priority. We may also use human embryonic stem cell lines in our research programmes. Before accepting our offer, please ensure you are comfortable with this. If you would like to know more about these topics, please visit:  http://www.astrazeneca.com/responsibility/animal-research/

Upon acceptance of this offer, you must contact Corporate Health Resources at (800) 867-0933 WITHIN 48 HOURS to schedule your drug screen and medical review.

Additionally, you are expected to reside within a 30-mile radius or one hour commute of the center of your territory no later than 90 days from your start date. Failure to meet this obligation could result in the termination of your employment with AstraZeneca.

As a new pharmaceutical Sales Specialist, you will be participating in the best training program in the industry. The comprehensive training program will prepare you to be successful in your interactions with our customers. During your new hire training period, you will be required to be away from home approximately two weeks including weekends depending upon the Therapeutic Area into which you were hired. Additionally, you will need to complete several weeks of Home Study. Logistical infomration regarding your new hire orientation and training will be sent directly from the Sales Training department to you approximately one week before your first day of employment.

Your 'Offer Package' supplemental materials, including all pertinent information for your review prior to your first day with the Company, can be found on our "Welcome" website, http://www.candidatecare.com/srcemp/RTI.home?d=astrazeneca.candidatecare.com. You will find the enrollment forms that need to be completed and mailed back to Josh Davis, your Therapeutic Area Administrative Coordinator, within one week of receipt.

On your first day of employment, you are required to bring the Employment Eligibility Verification Form (I-9), provided on our "Welcome" website, with original supporting documents. Please note you will also find the 'List of Acceptable Documents' on our "Welcome" website. This document lists the different items that can be used to complete the Employment Eligibility Verification Form (I-9). Please review the list and bring the appropriate documents with you in order to complete this form on your first day of employment. The I-9 must be completed on your first day of employment and witnessed by an AstraZeneca representative. Failure to do so will result in a deferral of your start date.

This offer letter is not intended to be, and should not be construed as, a contract of employment for any specific period of time. Employment at AstraZeneca is at-will, which means that either you or the Company may terminate your employment at any time. AstraZeneca also reserves the right to change the terms and conditions of employment, including the provisions of compensation and benefit programs, at any time.

Because AstraZeneca is a technically sophisticated company, it is essential that our proprietary information and trade secrets be kept confidential. Accordingly, all employees are required to sign a Confidentiality and Proprietary Rights Agreement upon commencing employment. A copy of this agreement is provided on our "Welcome" website.

AstraZeneca expects that you will honor your contractual and/or common-law obligations not to disclose any proprietary or trade secret information (such as patents, formulas, marketing plans, or confidential client information) you acquired while employed by your current or former employer. Furthermore, to the extent you have post-employment contractual obligations to another employer, by signing this letter below you certify to AstraZeneca that you will be able to fully perform the duties and responsibilities of your position with AstraZeneca without violating any binding post-employment obligations to any former employer.

In addition, AstraZeneca expects that you will maintain confidentiality regarding all terms and conditions of your employment including, but not limited to, salary, bonus, vacation eligibility, and relocation, if applicable.

We look forward to you joining AstraZeneca. Please indicate your acceptance of our offer as set forth in this letter using the e-signature link provided in your offer email by September 15, 2010. Also, we ask that you print, sign and bring a copy of this letter with you on your first day of employment. If you have any questions, please contact your Recruitment Partner, Heryk Dejesus, at 302-885-1917.

Best regards,

Heryk Dejesus
Recruitment Partner

I accept this offer as described above and anticipate a start date of __10/4/10__

Mary-Beth Baselice (Signature)        9/9/10
                                      Date

cc: Richard Kim
    Earl Upton

## Confidentiality & Proprietary Rights Agreement

This Confidentiality and Proprietary Rights Agreement ("Agreement") is entered into by and between AstraZeneca LP ("the Company") and the undersigned ("Employee"). In consideration of the position offered to Employee by, or Employee's continued employment with, on an at-will basis, the Company, Employee and the Company agree to the following:

1. **Best Efforts:**
Employee shall devote Employee's best efforts to the service of the Company (and such of its subsidiary, affiliate, or parent companies as the Company may designate) and shall perform to the best of Employee's ability such duties as may be assigned to Employee. Employee shall not engage in other employment or activities that are inconsistent with Employee's obligations and duties as an employee of the Company. Employee represents and warrants that the execution, delivery, and/or performance of this Agreement by Employee will not in any way violate or conflict with any other agreement by which Employee may be bound.

2. **Inventions:**
Employee agrees that any and all discoveries, inventions, improvements, ideas, methods, systems or plans relating to any process, machine, manufacture, composition of matter, plant or design, whether or not of a patentable nature, which Employee conceived or reduced to practice, or hereafter may conceive or reduce to practice, either solely or jointly with any other person or persons, at any time during the period of employment by the Company, whether during working hours or at any other time (hereinafter "Inventions"), as well as all tangible items, including but not limited to documents, embodying such Inventions, shall be the sole and exclusive property of the Company, and Employee will make full and prompt written disclosure thereof to the Company. Employee agrees to assign and hereby assigns Employee's entire right, title and interest in each such Invention to the Company. Without in any way limiting the foregoing, such Inventions shall include any and all those relating to (a) any field of the Company's actual or contemplated operations or investigations at the time the invention is conceived or reduced to practice, including reasonable extensions thereof, and including any use for products made and/or sold by the Company or the making and/or selling of which may be contemplated by the Company, whether or not Employee's particular duties or responsibilities at the time are related to the specific field of such discovery, invention, improvement, idea, method, system or plan, and (b) any subject whatsoever in a field of work assigned to Employee by the Company. Company acknowledges and agrees that the provisions of this paragraph shall not apply to any Invention for which no equipment, supplies, facility or information of the Company is used by Employee, which is developed entirely on Employee's own time, which does not relate at the time it is conceived or reduced to practice (i) to the actual or contemplated business of the Company or (ii) to the Company's actual or demonstrably anticipated research or

AstraZeneca

development, and which does not arise from any work performed by Employee for the Company.

3. **Patents**:
At any and all times, both during employment by the Company or after termination thereof, Employee will, promptly on request of the Company, do all acts and execute, acknowledge and deliver all written instruments as may be necessary to perfect vesting in the Company the entire right, title and interest of Employee in any such Inventions, and to enable it properly to prepare, file, and prosecute applications for, and to obtain, Letters Patent thereon in any and all countries selected by the Company, as well as reissues, renewals and extensions thereof, and to obtain the record title to such applications and Letters Patent, so that the Company shall be the sole and absolute owner thereof. Employee will at any and all times, both during employment by the Company or after termination thereof, cooperate with the Company and its counsel in the preparation, filing and prosecution of any application for any such Inventions, in the maintenance and enforcement of any Letters Patent for any such Inventions, and in any other proceedings, including but not limited to patent oppositions and litigation, which may arise in connection with any of the Inventions; provided, however, that should such services be rendered after the termination of employment with the Company, a reasonable compensation shall be paid to Employee on a per diem basis, not exceeding that which Employee was receiving from the Company at the termination of employment, in addition to reasonable traveling and personal expenses incurred by Employee in rendering the services.

4. **Confidential Information**:
During the term of employment, and thereafter, Employee will not, except as required in work assigned Employee by the Company, directly or indirectly, use for Employee or for others, or publish, or disclose to any third party any information, knowledge or data relating to the Company, its affiliates or to any third party business contact of the Company, such as a customer or potential customer of the Company, as well as any other information, knowledge or data owned by, controlled by or in the possession of the Company (whether or not utilized by the Company, and whether or not obtained, acquired or developed by Employee) or disclosed to the Company or Employee by a third party during the term of employment (hereinafter "Confidential Information"). Confidential Information includes, but is not limited to: product or service information, including product formulations; fees, costs and pricing structures; distribution and sales methods and systems; sales and profit figures; marketing information; advertising and pricing strategies; analyses; diagrams; reports; computer software, including operating systems, applications, and program listings; flow charts; manuals and documentation; databases; accounting and business methods; business plans; innovations, designs, ideas, inventions and new developments and methods, whether patentable or unpatentable and whether or not reduced to practice; trade secrets; manufacturing know-how; raw material and product specifications; analytical techniques; quality control tests and procedures; proprietary information;

2

customer lists; existing and prospective clients, distributors, agents, suppliers and customers and other information related thereto; and all similar and related information in whatever form.  It is agreed that the above obligations shall not apply to (a) any Confidential Information that is now publicly available, (b) any Confidential Information that subsequently becomes publicly available other than by a breach of this Agreement or (c) any Confidential Information that Employee receives free of any obligation of confidentiality or restrictions on use from a third party after termination of employment with the Company.

5. **Copyrights:**
Any material, including, but not limited to, written matter, prepared or authored by Employee during employment by the Company, whether during working hours or at any other time, for use by the Company or related to the actual or contemplated operations of the Company at the time the material is prepared shall be considered a work made for hire, and the copyright in such material shall belong exclusively to the Company. The Company shall further have the unlimited right to use, copy, reproduce, publish or otherwise disseminate any such material. At any and all times, both during employment by the Company and after termination thereof, Employee shall promptly on request of the Company do all as may be necessary to vest in the Company the entire right, title and interest of Employee in the copyright in any such material.

6. **Termination of Employment:**
   a. Employee's employment with the Company may be terminated by either party at any time. Employee's execution of the Agreement does not create in Employee any contractual or implied right to continued employment with the Company, and the right of the Company to terminate Employee's employment at any time and for any reason or no reason, with or without notice, is specifically preserved.  All documents and tangible things embodying or containing Confidential Information are the Company's exclusive property.  Upon termination of employment, Employee shall deliver to the Company all materials and copies thereof, including, but not limited to, writings, records, data, photographs, memoranda, manuals, handbooks, contracts, orders, sales literature, price lists, customer lists, data processing materials, software programs, manufacturing and production materials and any other documents, whether or not obtained from the Company, which pertain to the Company, contain Confidential Information or were received or used by Employee in connection with employment by the Company. Termination of employment shall not affect the obligations of Employee which, pursuant to the express provisions hereof, continue in effect. Modification or change of Employee's duties by the Company shall not affect Employee's continuing obligation to fully observe the provisions of this Agreement.

**CONFIDENTIAL**                                                                                                                    AZ_Baselice 00000086

b. Employee shall also deliver all equipment, employee identification cards and passes, credit cards and other similar items of Company property to the Company promptly on termination of Employee's employment.

c. Employee hereby authorizes the Company to deduct from any wages or payments otherwise due Employee, to the full extent permitted by law, the reasonable value of any Company property that Employee fails to return on termination of Employee's employment.

7. **General Provisions :**

   a. All provisions of this Agreement are intended to be interpreted and construed in a manner to make such provisions valid, legal and enforceable. To the extent that any paragraph of this Agreement or any word, phrase, clause, or sentence hereof shall be deemed by any court to be illegal or unenforceable, such word, clause, phrase, sentence or paragraph shall be deemed modified, restricted or omitted to the extent necessary to make this Agreement enforceable.

   b. The promises set forth in this Agreement may be assigned by, and shall be binding upon the successors and assigns of the Company. This Agreement may not be assigned by the Employee, but shall be binding upon Employee's executors, administrators, heirs and legal representatives.

   c. No waiver by the Company of any breach by Employee of any of Employee's obligations, covenants, or representations under this Agreement shall constitute a waiver by the Company of any prior or subsequent breach by Employee.

   d. This Agreement is the entire agreement of the parties with respect to its subject matter and may not be changed or amended orally but only by an agreement in writing, signed by both parties. Any other understandings and agreements, oral or written, respecting the subject matter of this Agreement are superseded and canceled.

   e. Any notice required under this contract shall be deemed given upon deposit in the U.S. mail, postage prepaid, certified return receipt requested, addressed to the General Counsel of the Company at its place of business or to Employee at Employee's home address as reflected in the records of the Company.

   f. This Agreement shall be governed by and construed in accordance with the laws of Delaware without giving effect to the principles of conflicts of law under Delaware law.

Signature of Employee _Mary-Beth Baselice_

Print Name of Employee _Mary-Beth Baselice_   Date _10/4/10_

4

**CONFIDENTIAL**                                                                 **AZ_Baselice 00000087**