# EXHIBIT K

## Follow up

| | |
|---|---|
| From: | "Rumore, Beth" <beth.rumore@astrazeneca.com> |
| To: | "Baselice, Mary-Beth" <mary-beth.baselice@astrazeneca.com> |
| Date: | Tue, 16 Aug 2016 08:02:34 -0400 |

Good morning, Mary-Beth,

I just wanted to thank you for clarifying your daily schedule to go home and pump around 12:30-1:30 unless you have a lunch scheduled at which case you would do so before or after the lunch.  This is helpful to know given the significant focus on execution.

Additionally, I appreciate you reviewing some specific days of activity where calls were previously showing "red" in Veeva.  Calls that are "red" are not completed and don't count toward your execution, so it is good to see and know that they are now completed.  To avoid this issue and other potential concerns about call activity, I strongly recommend the following:

1. Enter your calls as they occur and complete and submit them as soon as you are finished.  Avoid entering calls ahead of time or after the call has occurred.
2. Strive to start your day in the 9 o'clock hour.  If you find you will have to wait in your first office, move on to the next office.  The luxury of a small territory makes this much easier.
3. Be sure you are entering your pharmacy calls exactly as you enter your physician calls.

Please let me know if you have any questions at all.  Thanks, Mary-Beth! I look forward to working together toward continued success in Upper East!

Best,
Beth

*Regards,*

*Beth Rumore*

Executive District Sales Manager

Manhattan Respiratory District

918-798-9009 (cell)