# EXHIBIT W

Final Report Date:  February 20, 2018

## DEMOGRAPHICS

Employee Name:  Mary Beth Baselice

Position/Title:  PSS

Department/
Business Area: Inhaled Respiratory

Date of Hire:    10/04/2010

Management Team

First Level:  Beth Rumore

Second Level:  Andrew Strow

Investigator:  Karen Belknap

## BRIEF DESCRIPTION OF ALLEGATIONS:

DSM Beth Rumore continues to have concerns with PSS Mary-Beth Baselice's work activity.  Baselice had mentioned to Rumore that she may be taking off work for a half day on Thursday, January 18th.  On Friday, January 19th when Rumore did not hear from Baselice to confirm if she had worked the entire day, or a half day on the 18th, she looked at Baselice's Veeva calendar. There were no calls appearing for the week. Rumore phoned Baselice, who was not available but shortly after Rumore's call to Baselice, she saw calls had been entered for the week, including calls for Monday, January 15th, a company holiday.  Rumore has provided coaching to Baselice numerous times about the importance of entering calls as she makes them throughout the day.  It appears Baselice continues to back enter calls.

## CHRONOLOGY OF EVENTS (FACTS OF INCIDENT):

| Date | Event |
|---|---|
| 8/16/16 | Rumore provides coaching to Baselice regarding the need for her to enter and submit calls as they occur. |
| 4/11/17 | Rumore completes field coaching form for Baselice and includes the following coaching: *Execution – please make sure you are closing AND submitting your calls as they happen or at minimum at the end of the day.  Your execution data quarter is quite low and I think it is largely due to many saved but not submitted calls.  Also, enter all time off territory in workday too.*<br><br>Baselice acknowledged receiving the field coaching form on 4/13/17. |
| 5/3/17 | Rumore completes field coaching form for Baselice and includes the following coaching: *Execution – your execution is a bit baffling.  I would think that even with 7 calls per day your % adjusted discussion all would be higher than 45%.  Let's make sure and keep an eye on it as more Q2 data rolls in and continue to save and submit all of your calls as they happen on the day that they happen as we discussed last month.*<br><br>Baselice acknowledged receiving the field coaching form on 5/5/17. |
| 5/5/17 | Rumore sends revised Work Expectations for Sales Professionals to the team, including Baselice. Under Key Administrative Responsibilities it states: |

*Work Schedule* – *AstraZeneca's normal operating work week is Monday through Friday from 8:30 am to 4:45 p.m. Sales Representatives are expected to complete 7.5 hours per day in territory engaged in selling activities.*

*Completing sales calls* – *to ensure an accurate recording of selling interactions exist in AstraZeneca's sales recording tool the expectation is for sales calls to be logged as they occur throughout the day.*

*Recording time out of territory* – *time not worked needs to be accurately logged in the company's designated time off management system.*

| | |
|---|---|
| 6/20/17 | Rumore completes field coaching form for Baselice and includes the following coaching:<br><br>Execution PTD capped 66.5%, PTD capped (1-4) 39.84%, calls per day 6.88, target calls per day 5.19 – I know you are really frustrated with these numbers and so am I.  I am just concerned that on May 25th, your Veeva once again showed many calls that were saved and not submitted.  I appreciate that you recognize we discussed this in April, and we also discussed it last August.  As agreed upon again today, please make sure you are opening every provider profile and creating each call, saving it and submitting it as you go.<br><br>Baselice acknowledged receiving the field coaching form on 6/21/17. |
| 8/29/17 | Rumore completes field coaching form for Baselice and includes the following coaching:<br><br>Execution – execution metrics are still below requirements.  Keep in mind that this is only 3 weeks of data, so comparing it to the 6/30 data is difficult since that is 3 months of data.   I would suggest submitting a BQC to see if they can assist in figuring out this dilemma.  Additionally, you always want to be sure your Workday is updated with your sick and vacation days as well.  There are only 4 absences listed in Workday right now – not a bad idea to get that up to date.<br><br>Baselice acknowledged receiving the field coaching form on 8/31/17. |
| 1/19/18 | While reviewing Baselice's Veeva calendar, Rumore notices full days with no calls entered. After attempting to speak with Baselice to inquire about this concern, Rumore later saw that Baselice had apparently back enters calls for the past week, including calls on Monday, January 15th, a company holiday. |
| 1/22/18 | Rumore contacts EPP Karen Belknap with concerns. |

### INVESTIGATOR ACTIONS:

| | |
|---|---|
| 1/23/18 | Reviewed concerns and previous coaching with Rumore. Agreed running an activity report was the next appropriate step. |
| 2/5/18 | Sent activity report to Rumore. |
| 2/8/18 | Reviewed activity report with Rumore. |
| 2/15/18 | OTR held with Baselice. |

**LIST OF WITNESSES & INVESTIGATION MATERIALS:**

| Baselice Activity Report | Copy of MB-l.xls | Work Activity Analysis.xlsx |

**CONCLUSION:**

☐ Allegation Unsubstantiated

☒ Allegation Substantiated

This investigation found that Baselice is not adhering to the work expectations and is not following previous coaching and direction provided by her manager.

The review of her work activity found:

39 days with recorded activity from November 1st through January 30th:
- 24 days with all AM calls back entered
- 33 days had no samples before Noon (3 of the 6 days with samples in the AM were field days with Rumore)
- 39 days with no on-site meals before Noon

The average time where Baselice opens a customer profile is 1:05 PM.

During the OTR, Baselice admitted that she has back entered calls. She stated that she does not always use her computer when having a product detail with an HCP and then forgets to enter the call until later. Evidence was found that Baselice is back entering calls days after she claims they occurred. Baselice also acknowledged that Rumore has talked to her in the past about entering her calls as she makes them.

The overall conclusion is that Baselice has ignored the direction and coaching from her manager as to the entry of her calls. Additionally, there is reasonable evidence to suggest that Baselice is not working during the morning hours. That evidence being (1) the vast majority of morning calls are back entered, (2) Baselice does not appear to have difficulty entering calls she makes in the afternoon hours, (3) only 6 of 39 days with samples in the morning hours, and (4) no on-site meals in the morning hours.

Baselice was terminated for misconduct associated with the job.

**RECOMMENDATION:**

Aggravating/Mitigating factors (if applicable):

☐ Coaching/Informal Guidance        ☐ Verbal Warning

☐ 1st Written Warning        ☐ Final Written Warning        ☒ Discharge        ☐ Mutual Consent