**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARY E. BASELICE,

                        Plaintiff,                    19 **CIVIL** 4931 (JPO)

         -against-                              **JUDGMENT**

ASTRAZENECA LP,

                     Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 8, 2021, AstraZeneca's' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
           July 8, 2021

                                                         **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                                 **BY:**         *K. Mango*
                                                          **Deputy Clerk**